FILED
CLERK, U.S. DISTRICT COURT

FEB 20 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILSON MACVAY JONES,<br><br>   Petitioner,<br><br>   v.<br><br>TONY HEDGPETH, WARDEN,<br><br>   Respondent. | Case No. CV 08-1326-AHS (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:   FEB 20 2009   .

_____
ALICEMARIE H. STOTLER
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\JONES, W 1326\Judgment.wpd